# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re: §
§
BARTNIK, ELZBIETA § Case No. 11-22268
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on           .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]         $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

Case No: 11-22268 JPC Judge: JACQUELINE P. COX  Trustee Name: ANDREW J. MAXWELL, TRUSTEE
Case Name: BARTNIK, ELZBIETA  Date Filed (f) or Converted (c): 05/26/11 (f)
                                341(a) Meeting Date: 07/08/11
For Period Ending: 10/30/13     Claims Bar Date: 03/08/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Personal Checking account with US Bank | 300.00 | 300.00 | | 0.00 | FA |
| 2. Business Checking account with US Bank | 200.00 | 200.00 | | 0.00 | FA |
| 3. Miscellaneous Household Goods and Used Furniture | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. Used books, compact discs family pictures | 300.00 | 0.00 | | 0.00 | FA |
| 5. Used Personal Clothing | 600.00 | 0.00 | | 0.00 | FA |
| 6. Costume Jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 7. 100% Shareholder of Crystal Quality Inc | 0.00 | 0.00 | | 0.00 | FA |
| 8. RESIDENCE (u) 807 Fairmont Court, Des Plaines, IL | 200,000.00 | 200,000.00 | | 200,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $203,900.00 | $200,500.00 | | $200,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

RE sold, ready for TFR

Initial Projected Date of Final Report (TFR): 12/31/13    Current Projected Date of Final Report (TFR): 12/31/13

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: | 11-22268 -JPC | Trustee Name: ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | BARTNIK, ELZBIETA | Bank Name: ASSOCIATED BANK |
| | | Account Number / CD #: *******8421 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2856 | |
| For Period Ending: | 10/30/13 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/04/13 | | Greater Illinois Tittle Co<br>120 n la Salle St<br>Suite 900<br>Chicago, IL 60602 | RCPTS - LIQUID. OF REAL PROPERTY | | 159,958.64 | | 159,958.64 |
| | | | Memo Amount: ( 40,041.36 )<br>Less Charge paid by GIT Co | 2500-000 | | | |
| | 8 | | Memo Amount: 200,000.00 | 1210-000 | | | |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 184.06 | 159,774.58 |
| 02/08/13 | | GREATER ILLINOIS TITLE CO | | 2500-000 | | -2,918.73 | 162,693.31 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 217.48 | 162,475.83 |
| 03/22/13 | 010001 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | BOND PAYMENTS | 2300-000 | | 135.56 | 162,340.27 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 241.55 | 162,098.72 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 233.21 | 161,865.51 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 240.65 | 161,624.86 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 232.54 | 161,392.32 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 239.96 | 161,152.36 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 239.59 | 160,912.77 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 231.54 | 160,681.23 |

Page Subtotals  159,958.64  -722.59

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-22268 -JPC | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | BARTNIK, ELZBIETA | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8421  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2856 | | |
| For Period Ending: | 10/30/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 200,000.00 | COLUMN TOTALS | | 159,958.64 | -722.59 | 160,681.23 |
| | Memo Allocation Disbursements: | 40,041.36 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 159,958.64 | -722.59 | |
| | Memo Allocation Net: | 159,958.64 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 159,958.64 | -722.59 | |
| | Total Allocation Receipts: | 200,000.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | Total Allocation Disbursements: | 40,041.36 | Checking Account (Non-Interest Earn - *******8421 | | 159,958.64 | -722.59 | 160,681.23 |
| | Total Memo Allocation Net: | 159,958.64 | | | 159,958.64 | -722.59 | 160,681.23 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 21, 2013 |
|---|---|---|---|---|---|---|

Case Number: 11-22268
Debtor Name: BARTNIK, ELZBIETA

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3420-00 | POPOWCER KATTEN, LTD<br>35 EAST WACKER DRIVE<br>SUITE 1550<br>CHICAGO, IL 60601-2124 | Administrative | | $1,368.00 | $0.00 | $1,368.00 |
| 001<br>3120-00 | MAXWELL LAW GROUP<br>105 W. ADAMS ST<br>STE 3200<br>CHICAGO, IL 60603 | Administrative | | $39,721.41 | $0.00 | $39,721.41 |
| BOND 999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | Administrative | | $135.56 | $135.56 | $0.00 |
| 999<br>8200-00 | ELZBIETA BARTNIK<br>807 FAIRMONT COURT<br>DES PLAINES, IL 60018 | Unsecured | | $51,192.92 | $0.00 | $51,192.92 |
| 000001<br>070<br>7100-00 | Atlas Acquisitions LLC (GE Capital - Sam's Club)<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $966.91 | $0.00 | $966.91 |
| 000002<br>070<br>7100-00 | Atlas Acquisitions LLC (HSBC Bank Nevada Natio)<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $700.05 | $0.00 | $700.05 |
| 000003<br>070<br>7100-00 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $1,482.90 | $0.00 | $1,482.90 |
| 000004<br>070<br>7100-00 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $19,661.84 | $0.00 | $19,661.84 |
| 000005<br>070<br>7100-00 | Lhr Inc<br>56 Main St<br>Hamburg, NY 14075 | Unsecured | | $3,624.14 | $0.00 | $3,624.14 |
| 000006<br>070<br>7100-00 | Capital One, N.A.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | Unsecured | | $989.91 | $0.00 | $989.91 |
| 000007<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $13,009.64 | $0.00 | $13,009.64 |

Page 2

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: November 21, 2013

Case Number: 11-22268
Debtor Name: BARTNIK, ELZBIETA

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000008 070 7100-00 | Von Maur C/O H and R Accounts Inc PO Box 672 Moline, IL 61265 | Unsecured | | $244.14 | $0.00 | $244.14 |
| 000009 070 7100-00 | FIA CARD SERVICES, N.A. PO Box 15102 Wilmington, DE 19886-5102 | Unsecured | | $2,648.66 | $0.00 | $2,648.66 |
| 000010 070 7100-00 | ASSET ACCEPTANCE LLC ASSIGNEE WFNNB PO BOX 2036 WARREN MI 48090 | Unsecured | | $5,715.10 | $0.00 | $5,715.10 |
| 000011 070 7100-00 | Creditone Po Box 625 Metairie, LA 70004 | Unsecured | | $7,367.22 | $0.00 | $7,367.22 |
| 000012 070 7100-00 | VERIZON WIRELESS PO BOX 3397 BLOOMINGTON, IL 61702-3397 | Unsecured | | $776.06 | $0.00 | $776.06 |
| | Case Totals: | | | $149,604.46 | $135.56 | $149,468.90 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-22268  
Case Name: BARTNIK, ELZBIETA  
Trustee Name: ANDREW J. MAXWELL, TRUSTEE  

Balance on hand $ _____

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: MAXWELL LAW GROUP | $ | $ | $ |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP | $ | $ | $ |
| Accountant for Trustee Fees: POPOWCER KATTEN, LTD | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $ _____  
Remaining Balance $ _____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC (GE Capital - Sam's Club) | $ | $ | $ |
| 000002 | Atlas Acquisitions LLC (HSBC Bank Nevada Natio) | $ | $ | $ |
| 000003 | Capital Recovery IV LLC | $ | $ | $ |
| 000004 | Capital Recovery IV LLC | $ | $ | $ |
| 000005 | Lhr Inc | $ | $ | $ |
| 000006 | Capital One, N.A. | $ | $ | $ |
| 000007 | American Express Bank, FSB | $ | $ | $ |
| 000008 | Von Maur | $ | $ | $ |
| 000009 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000010 | ASSET ACCEPTANCE LLC ASSIGNEE WFNNB | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | Creditone | $ | $ | $ |
| 000012 | VERIZON WIRELESS | $ | $ | $ |

    Total to be paid to timely general unsecured creditors      $_____

    Remaining Balance      $_____

    Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

    To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of      % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $      . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $             .