# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BARTNIK, ELZBIETA | § | Case No. 11-22268 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> CLERK OF THE U.S. BANKR. CT
> 219 S. DEARBORN STREET
> 7TH FLOOR
> CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 02/06/2014 in Courtroom 680,

> United States Courthouse
> 219 S. Dearborn Street
> Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/10/2014                      By: /s/ Andrew J. Maxwell
                                                                              Trustee


*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BARTNIK, ELZBIETA | § | Case No. 11-22268 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 200,000.00 |
| and approved disbursements of | $ | 39,788.50 |
| leaving a balance on hand of[1] | $ | 160,211.50 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 10,690.35 | $ 0.00 | $ 10,690.35 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP | $ 39,451.50 | $ 0.00 | $ 39,451.50 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP | $ 269.91 | $ 0.00 | $ 269.91 |
| Accountant for Trustee Fees: POPOWCER KATTEN, LTD | $ 1,368.00 | $ 0.00 | $ 1,368.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 135.56 | $ 135.56 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 51,779.76 |
| Remaining Balance | $ | 108,431.74 |

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 57,186.57  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC (GE Capital - Sam's Club) | $              966.91 | $              0.00 | $              966.91 |
| 000002 | Atlas Acquisitions LLC (HSBC Bank Nevada Natio) | $              700.05 | $              0.00 | $              700.05 |
| 000003 | Capital Recovery IV LLC | $           1,482.90 | $              0.00 | $           1,482.90 |
| 000004 | Capital Recovery IV LLC | $         19,661.84 | $              0.00 | $         19,661.84 |
| 000005 | Lhr Inc | $           3,624.14 | $              0.00 | $           3,624.14 |
| 000006 | Capital One, N.A. | $              989.91 | $              0.00 | $              989.91 |
| 000007 | American Express Bank, FSB | $         13,009.64 | $              0.00 | $         13,009.64 |
| 000008 | Von Maur | $              244.14 | $              0.00 | $              244.14 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | FIA CARD SERVICES, N.A. | $ 2,648.66 | $ 0.00 | $ 2,648.66 |
| 000010 | ASSET ACCEPTANCE LLC ASSIGNEE WFNNB | $ 5,715.10 | $ 0.00 | $ 5,715.10 |
| 000011 | Creditone | $ 7,367.22 | $ 0.00 | $ 7,367.22 |
| 000012 | VERIZON WIRELESS | $ 776.06 | $ 0.00 | $ 776.06 |

Total to be paid to timely general unsecured creditors   $ 57,186.57

Remaining Balance   $ 51,245.17

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

The amount of surplus returned to the debtor after payment of all claims and interest is $ 51,192.92 .

Prepared By: /s/Andrew J. Maxwell
Trustee

*ANDREW J. MAXWELL, TRUSTEE*

*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-22268-JPC
Elzbieta Bartnik                                                    Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ahamilton          Page 1 of 2          Date Rcvd: Jan 13, 2014
                             Form ID: pdf006          Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2014.
db        #+Elzbieta Bartnik,   807 Fairmont Court,   Des Plaines, IL 60018-1483
aty        +Maxwell Law Group LLC,   105 West Adams Suite 3200,   Chicago, IL 60603-6209
17328868   +Allied Interstate Inc,   PO Box 361774,   Columbus, OH 43236-1774
18358697    American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17328869   +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
17328870   +Arrow Financial Servic,   5996 W Touhy Ave,   Niles, IL 60714-4610
17328871   +Arrow Financial Services,   5996 W Touhy Ave,   Niles, IL 60714-4610
18250034   +Atlas Acquisitions LLC (GE Capital - Sam's Club),   294 Union St.,   Hackensack, NJ 07601-4303
18250114   +Atlas Acquisitions LLC (HSBC Bank Nevada Natio),   294 Union St.,   Hackensack, NJ 07601-4303
17328873   ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
            (address filed with court: Bank Of America,   4161 Piedmont Pkwy,   Greensboro, NC 27410)
17328874   +Bank of America Home Loans,   450 American St,   Simi Valley, CA 93065-6285
17328875   +Blitt & Gaines,   661 W. Glenn Ave,   Wheeling, IL 60090-6017
17328877   +CBCS,   PO Box 163250,   Columbus, OH 43216-3250
18303936   +Capital One, N.A.,   c/o Creditors Bankruptcy Service,   P.O. Box 740933,   Dallas, TX 75374-0933
17328878   +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
17328879   +Credit Management Lp,   4200 International Pkwy,   Carrollton, TX 75007-1912
17328880   +Credit Protection Assoc.,   13355 Noel Rd Ste 2100,   Dallas, TX 75240-6837
17328881   +Creditone,   Po Box 625,   Metairie, LA 70004-0625
17328887   +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
17328888   +Hsbc/Carsons,   Po Box 15521,   Wilmington, DE 19850-5521
17328889   +Hsbc/Menards,   90 Christiana Rd,   New Castle, DE 19720-3118
17328890   +Jutla Sanjay,   55 E Jackson 16th Fl,   Chicago, IL 60604-4466
17328892   +Lhr Inc,   56 Main St,   Hamburg, NY 14075-4905
17328894   +Macy dsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
17328895   +Merchants Assoc Cool D,   134 S Tampa St,   Tampa, FL 33602-5396
19927509    Midland Funding LLC,   By its authorized agent Recoser, LLC,   25 SE 2nd Ave, Suite 1120,
             Miami, FL 33131-1605
17328900   +Talan & Ktsanes,   175 W. Jackson,   Suite A1531,   Chicago, IL 60604-2615
18514813   #VERIZON WIRELESS,   PO BOX 3397,   BLOOMINGTON, IL 61702-3397
17328903   ++VON MAUR INC,   6565 BRADY STREET,   DAVENPORT IA 52806-2054
            (address filed with court: Von Maur,   6565 Brady St,   Davenport, IA 52806-2054)
17328901   +Verizon,   1515 Woodfield Road  Suite 1400 12th Flo,   Schaumburg, IL 60173-6046
17328902   +Verizon Wireless/Great,   1515 Woodfield Rd Ste140,   Schaumburg, IL 60173-5443
17328904   +Wfnnb/Room Place,   Po Box 2974,   Shawnee Mission, KS 66201-1374

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18419151   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jan 14 2014 01:31:05
             ASSET ACCEPTANCE LLC ASSIGNEE WFNNB,   PO BOX 2036,   WARREN MI 48090-2036
17328872   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jan 14 2014 01:31:05      Asset Acceptance Llc,
             Po Box 2036,   Warren, MI 48090-2036
17422921   +E-mail/Text: bnc@atlasacq.com Jan 14 2014 01:30:27      Atlas Acquisitions LLC,   294 Union St.,
             Hackensack, NJ 07601-4303
17328876    E-mail/Text: bankruptcy@cavps.com Jan 14 2014 01:31:48      Cavalry Portfolio Services,
             7 Skyline Dr Suite 3,   Hawthorne, NY 10532
18269469    E-mail/PDF: rmscedi@recoverycorp.com Jan 14 2014 01:37:08      Capital Recovery IV LLC,
             c/o Recovery Management Systems Corp,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
17328883   +E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2014 01:51:52      Gemb/Jc Penney,   Po Box 984100,
             El Paso, TX 79998
17328884   +E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2014 01:55:32      Gemb/Lord & Taylor,   Po Box 981400,
             El Paso, TX 79998-1400
17328885   +E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2014 01:37:07      Gemb/Sams Club,   Po Box 981400,
             El Paso, TX 79998-1400
17328886   +E-mail/Text: bankruptcy@hraccounts.com Jan 14 2014 01:30:31      H & R Accounts Inc,
             7017 John Deere Pkwy,   Moline, IL 61265-8072
17328891   +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 14 2014 01:30:32      Kohls/Capone,
             N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
17328893   +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 14 2014 01:35:56      Lvnv Funding Llc,
             Po Box 740281,   Houston, TX 77274-0281
17328896   +E-mail/Text: bncmcm@cmcmcg.com Jan 14 2014 01:31:11      Midland Credit Mgmt,   8875 Aero Dr,
             San Diego, CA 92123-2255
17328897   +E-mail/Text: bankruptcydepartment@ncogroup.com Jan 14 2014 01:31:36      NCO Financial Systems,
             PO Box 4935,   Trenton, NJ 08650-4935
17328898   +E-mail/Text: bankrup@aglresources.com Jan 14 2014 01:30:19      Nicor Gas,   1844 Ferry Road,
             Naperville, IL 60563-9600
19927510    E-mail/PDF: rmscedi@recoverycorp.com Jan 14 2014 01:53:39
             Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
17328899   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jan 14 2014 01:31:05      Sanjay S. Jutla,
             55 E. Jackson, 16th Fl,   Chicago, IL 60604-4466
18364675   +E-mail/Text: bankruptcy@hraccounts.com Jan 14 2014 01:30:31      Von Maur,
             C/O H and R Accounts Inc,   PO Box 672,   Moline, IL 61266-0672
                                                                                       TOTAL: 17

```
District/off: 0752-1          User: ahamilton          Page 2 of 2          Date Rcvd: Jan 13, 2014
                              Form ID: pdf006          Total Noticed: 49
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18372694*  ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court:  FIA CARD SERVICES, N.A.,   PO Box 15102,   Wilmington, DE 19886-5102)
17328882*   +Creditone Llc,   Po Box 625,   Metairie, LA 70004-0625
                                                                          TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2014 at the address(es) listed below:
              Andrew J Maxwell    on behalf of Plaintiff Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
                 trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwe
                 llandpotts.com;vbarad@maxwellandpotts.com
              Andrew J Maxwell    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
                 trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwe
                 llandpotts.com;vbarad@maxwellandpotts.com
              Andrew J Maxwell, ESQ   on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
                 amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com
              Andrew J Maxwell, ESQ    maxwelllawchicago@yahoo.com,
                 amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com
              Jaclyn H. Smith    on behalf of Trustee Andrew J Maxwell, ESQ smith.jaclyn.h@gmail.com,
                 preferences_ml@yahoo.com,vbarad@maxwellandpotts.com,maseay@maxwellandpotts.com,
                 naelipas@maxwellandpotts.com
              Jaclyn H. Smith    on behalf of Plaintiff Andrew J Maxwell, ESQ smith.jaclyn.h@gmail.com,
                 preferences_ml@yahoo.com,vbarad@maxwellandpotts.com,maseay@maxwellandpotts.com,
                 naelipas@maxwellandpotts.com
              Michael J Worwag    on behalf of Debtor Elzbieta  Bartnik mjworwag@gmail.com
              Nicole A Elipas    on behalf of Trustee Andrew J Maxwell, ESQ naelipas@maxwellandpotts.com,
                 maxwelllawchicago@yahoo.com;cjcapo@maxwellandpotts.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Vikram R Barad    on behalf of Trustee Andrew J Maxwell, ESQ vbarad@maxwellandpotts.com
                                                                          TOTAL: 10
```