# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                              §
                                    §
BARTNIK, ELZBIETA                   §        Case No. 11-22268
                                    §
        Debtor(s)                   §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $              (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter    on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/ANDREW J. MAXWELL, TRUSTEE _____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ELZBIETA BARTNIK |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| GREATER ILLINOIS TITLE CO | | | | | |
| Less Charge paid by GIT Co | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| MAXWELL LAW GROUP | | | | | |
| MAXWELL LAW GROUP | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| POPOWCER KATTEN, LTD | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allied Interstate Inc PO Box 361774 Columbus, OH 43236 | | | | | |
| | Arrow Financial Servic 5996 W Touhy Ave Niles, IL 60714 | | | | | |
| | Arrow Financial Services 5996 W Touhy Ave Niles, IL 60714 | | | | | |
| | Asset Acceptance Llc Po Box 2036 Warren, MI 48090 | | | | | |
| | Bank Of America 4161 Piedmont Pkwy Greensboro, NC 27410 | | | | | |
| | Bank Of America Po Box 1598 Norfolk, VA 23501 | | | | | |
| | Bank of America Home Loans 450 American St Simi Valley, CA 93065 | | | | | |
| | Blitt & Gaines 661 W. Glenn Ave Wheeling, IL 60090 | | | | | |
| | CBCS PO Box 163250 Columbus, OH 43216 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cavalry Portfolio Services 7 Skyline Dr Suite 3 Hawthorne, NY 10532 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Credit Management Lp 4200 International Pkwy Carrollton, TX 75007 | | | | | |
| | Credit Protection Assooc. 13355 Noel Rd Ste 2100 Dallas, TX 75240 | | | | | |
| | Creditone Llc Po Box 625 Metairie, LA 70004 | | | | | |
| | Creditone Po Box 625 Metairie, LA 70004 | | | | | |
| | Gemb/Jc Penney Po Box 984100 El Paso, TX 79998 | | | | | |
| | Gemb/Lord & Taylor Po Box 981400 El Paso, TX 79998 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | H & R Accounts Inc 7017 John Deere Pkwy Moline, IL 61265 | | | | | |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Jutla Sanjay 55 E Jackson 16th Fl Chicago, IL 60604 | | | | | |
| | Lvnv Funding Llc Po Box 740281 Houston, TX 77274 | | | | | |
| | Lvnv Funding Llc Po Box 740281 Houston, TX 77274 | | | | | |
| | Lvnv Funding Llc Po Box 740281 Houston, TX 77274 | | | | | |
| | Lvnv Funding Llc Po Box 740281 Houston, TX 77274 | | | | | |
| | Macy dsnb 9111 Duke Blvd Mason, OH 45040 | | | | | |
| | Merchants Assoc Cool D 134 S Tampa St Tampa, FL 33602 | | | | | |
| | Midland Credit Mgmt 8875 Aero Dr San Diego, CA 92123 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midland Credit Mgmt 8875 Aero Dr San Diego, CA 92123 | | | | | |
| | Midland Credit Mgmt 8875 Aero Dr San Diego, CA 92123 | | | | | |
| | Midland Credit Mgmt 8875 Aero Dr San Diego, CA 92123 | | | | | |
| | Midland Credit Mgmt 8875 Aero Dr San Diego, CA 92123 | | | | | |
| | Midland Credit Mgmt 8875 Aero Dr San Diego, CA 92123 | | | | | |
| | NCO Financial Systems PO Box 4935 Trenton, NJ 08650 | | | | | |
| | Nicor Gas 1844 Ferry Road Naperville, IL 60563 | | | | | |
| | Sanjay S. Jutla 55 E. Jackson, 16th Fl Chicago, IL 60604 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Talan & Ktsanes 175 W. Jackson Suite A1531 Chicago, IL 60604 | | | | | |
| | Verizon Wireless/Great 1515 Woodfield Rd Ste140 Schaumburg, IL 60173 | | | | | |
| 000007 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000010 | ASSET ACCEPTANCE LLC ASSIGNEE WFNNB | | | | | |
| 000001 | ATLAS ACQUISITIONS LLC (GE CAPITAL | | | | | |
| 000002 | ATLAS ACQUISITIONS LLC (HSBC BANK N | | | | | |
| 000006 | CAPITAL ONE, N.A. | | | | | |
| 000003 | CAPITAL RECOVERY IV LLC | | | | | |
| 000004 | CAPITAL RECOVERY IV LLC | | | | | |
| 000011 | CREDITONE | | | | | |
| 000009 | FIA CARD SERVICES, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | LHR INC | | | | | |
| 000012 | VERIZON WIRELESS | | | | | |
| 000008 | VON MAUR | | | | | |
| | AMERICAN EXPRESS BANK, FSB | | | | | |
| | ASSET ACCEPTANCE LLC ASSIGNEE WFNNB | | | | | |
| | ATLAS ACQUISITIONS LLC (GE CAPITAL | | | | | |
| | ATLAS ACQUISITIONS LLC (HSBC BANK N | | | | | |
| | CAPITAL ONE, N.A. | | | | | |
| | CAPITAL RECOVERY IV LLC | | | | | |
| | CAPITAL RECOVERY IV LLC | | | | | |
| | CREDITONE | | | | | |
| | FIA CARD SERVICES, N.A. | | | | | |
| | LHR INC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | VERIZON WIRELESS |  |  |  |  |  |
|  | VON MAUR |  |  |  |  |  |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ | $ | $ | $ |

**FORM 1**

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page:   1

Exhibit 8

| Case No: | 11-22268   JPC   Judge: JACQUELINE P. COX |
|---|---|
| Case Name: | BARTNIK, ELZBIETA |

For Period Ending:  03/31/14

| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 05/26/11 (f) |
| 341(a) Meeting Date: | 07/08/11 |
| Claims Bar Date: | 03/08/12 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. | Personal Checking account with US Bank | 300.00 | 300.00 | | 0.00 | FA |
| 2. | Business Checking account with US Bank | 200.00 | 200.00 | | 0.00 | FA |
| 3. | Miscellaneous Household Goods and Used Furniture | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. | Used books, compact discs family pictures | 300.00 | 0.00 | | 0.00 | FA |
| 5. | Used Personal Clothing | 600.00 | 0.00 | | 0.00 | FA |
| 6. | Costume Jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 7. | 100% Shareholder of Crystal Quality Inc | 0.00 | 0.00 | | 0.00 | FA |
| 8. | RESIDENCE (u) | 200,000.00 | 200,000.00 | | 200,000.00 | FA |
| | 807 Fairmont Court, Des Plaines, IL | | | | | |

|  |  |  |  |
|---|---|---|---|
| | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $203,900.00 | $200,500.00 | $200,000.00   $0.00 |
| | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

RE sold,

TFR Submitted

Initial Projected Date of Final Report (TFR): 12/31/13     Current Projected Date of Final Report (TFR): 12/31/13

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 11-22268 -JPC | | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE | |
| Case Name: | BARTNIK, ELZBIETA | | | Bank Name: | ASSOCIATED BANK | |
| | | | | Account Number / CD #: | *******8421 Checking Account (Non-Interest Earn | |
| Taxpayer ID No: | *******2856 | | | | | |
| For Period Ending: | 03/31/14 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/04/13 | | Greater Illinois Tittle Co<br>120 n la Salle St<br>Suite 900<br>Chicago, IL 60602 | RCPTS - LIQUID. OF REAL PROPERTY | | 159,958.64 | | 159,958.64 |
| | | | Memo Amount:     (     40,041.36 ) | 2500-000 | | | |
| | | | Less Charge paid by GIT Co | | | | |
| | 8 | | Memo Amount:     200,000.00 | 1210-000 | | | |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 184.06 | 159,774.58 |
| 02/08/13 | | GREATER ILLINOIS TITLE CO | | 2500-000 | | -2,918.73 | 162,693.31 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 217.48 | 162,475.83 |
| 03/22/13 | 010001 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | BOND PAYMENTS | 2300-000 | | 135.56 | 162,340.27 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 241.55 | 162,098.72 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 233.21 | 161,865.51 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 240.65 | 161,624.86 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 232.54 | 161,392.32 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 239.96 | 161,152.36 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 239.59 | 160,912.77 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 231.54 | 160,681.23 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 238.89 | 160,442.34 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 230.84 | 160,211.50 |
| 02/07/14 | 010002 | ANDREW J. MAXWELL<br>105 W. ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Chapter 7 Compensation/Fees | 2100-000 | | 10,702.50 | 149,509.00 |
| 02/07/14 | 010003 | MAXWELL LAW GROUP | Final Payment Fees and Cost | | | 39,721.41 | 109,787.59 |

| | | Page Subtotals | 159,958.64 | 50,171.05 | |
|---|---|---|---|---|---|

FORM 2                                                                                          Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                              Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-22268  -JPC | |
| Case Name: | BARTNIK, ELZBIETA | |
| | | |
| Taxpayer ID No: | *******2856 | |
| For Period Ending: | 03/31/14 | |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8421  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | 105 W.  ADAMS ST STE 3200 CHICAGO, IL 60603 | o/c 2/6/2014 | | | | |
| | | | | Fees            39,451.50 | 3110-000 | | | |
| | | | | Expenses         269.91 | 3120-000 | | | |
| | 02/07/14 | 010004 | POPOWCER KATTEN, LTD 35 EAST WACKER DRIVE SUITE 1550 CHICAGO, IL 60601-2124 | Final Payment Fees and Cost o/c 2/6/2014 | 3410-000 | | 1,368.00 | 108,419.59 |
| * | 02/07/14 | 010005 | Atlas Acquisitions LLC (GE Capital - Sam's Club) 294 Union St. Hackensack, NJ 07601 | Final Payment Fees and Cost o/c 2/6/2014 | | | 971.70 | 107,447.89 |
| | | | | Claim           966.91 | 7100-003 | | | |
| | | | | Interest           4.79 | 7990-003 | | | |
| * | 02/07/14 | 010005 | Atlas Acquisitions LLC (GE Capital - Sam's Club) 294 Union St. Hackensack, NJ 07601 | Final Payment Fees and Cost | | | -971.70 | 108,419.59 |
| | | | | Claim        (     966.91 ) | 7100-003 | | | |
| | | | | Interest      (       4.79 ) | 7990-003 | | | |
| * | 02/07/14 | 010006 | Atlas Acquisitions LLC (HSBC Bank Nevada Natio) 294 Union St. Hackensack, NJ 07601 | Final Payment Fees and Cost o/c 2/6/2014 | | | 703.52 | 107,716.07 |
| | | | | Claim           700.05 | 7100-003 | | | |
| | | | | Interest           3.47 | 7990-003 | | | |
| * | 02/07/14 | 010006 | Atlas Acquisitions LLC (HSBC Bank Nevada Natio) 294 Union St. Hackensack, NJ 07601 | Final Payment Fees and Cost | | | -703.52 | 108,419.59 |
| | | | | Claim        (     700.05 ) | 7100-003 | | | |
| | | | | Interest      (       3.47 ) | 7990-003 | | | |

| | Page Subtotals | 0.00 | 1,368.00 |
|---|---|---|---|

Ver: 17.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

FORM 2

Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-22268 -JPC | |
| Case Name: | BARTNIK, ELZBIETA | |
| Taxpayer ID No: | *******2856 | |
| For Period Ending: | 03/31/14 | |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8421  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 02/07/14 | 010007 | Capital Recovery IV LLC c/o Recovery Management Systems Corp 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Final Payment Fees and Cost o/c 2/6/2014 | | | 1,490.24 | 106,929.35 |
| | | | Claim          1,482.90 | 7100-003 | | | |
| | | | Interest           7.34 | 7990-003 | | | |
| * 02/07/14 | 010007 | Capital Recovery IV LLC c/o Recovery Management Systems Corp 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Final Payment Fees and Cost | | | -1,490.24 | 108,419.59 |
| | | | Claim        (    1,482.90 ) | 7100-003 | | | |
| | | | Interest     (       7.34 ) | 7990-003 | | | |
| * 02/07/14 | 010008 | Capital Recovery IV LLC c/o Recovery Management Systems Corp 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Final Payment Fees and Cost o/c 2/6/2014 | | | 19,759.17 | 88,660.42 |
| | | | Claim         19,661.84 | 7100-003 | | | |
| | | | Interest          97.33 | 7990-003 | | | |
| * 02/07/14 | 010008 | Capital Recovery IV LLC c/o Recovery Management Systems Corp 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Final Payment Fees and Cost | | | -19,759.17 | 108,419.59 |
| | | | Claim        (   19,661.84 ) | 7100-003 | | | |
| | | | Interest     (      97.33) | 7990-003 | | | |
| * 02/07/14 | 010009 | Lhr Inc 56 Main St Hamburg, NY 14075 | Final Payment Fees and Cost o/c 2/6/2014 | | | 3,642.08 | 104,777.51 |
| | | | Claim          3,624.14 | 7100-003 | | | |
| | | | Interest          17.94 | 7990-003 | | | |

| | Page Subtotals | 0.00 | 3,642.08 |
|---|---|---|---|

Ver: 17.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*

Page: 4

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-22268 -JPC |
| Case Name: | BARTNIK, ELZBIETA |
| | |
| Taxpayer ID No: | *******2856 |
| For Period Ending: | 03/31/14 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8421  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * | 02/07/14 | 010009 | Lhr Inc<br>56 Main St<br>Hamburg, NY 14075 | Final Payment Fees and Cost | | | -3,642.08 | 108,419.59 |
| | | | | Claim        (       3,624.14 ) | 7100-003 | | | |
| | | | | Interest      (          17.94 ) | 7990-003 | | | |
| * | 02/07/14 | 010010 | Capital One, N.A.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | Final Payment Fees and Cost<br>o/c 2/6/2014 | | | 994.81 | 107,424.78 |
| | | | | Claim         989.91 | 7100-003 | | | |
| | | | | Interest          4.90 | 7990-003 | | | |
| * | 02/07/14 | 010010 | Capital One, N.A.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | Final Payment Fees and Cost | | | -994.81 | 108,419.59 |
| | | | | Claim        (        989.91 ) | 7100-003 | | | |
| | | | | Interest      (           4.90 ) | 7990-003 | | | |
| * | 02/07/14 | 010011 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Final Payment Fees and Cost<br>o/c 2/6/2014 | | | 13,074.04 | 95,345.55 |
| | | | | Claim        13,009.64 | 7100-003 | | | |
| | | | | Interest          64.40 | 7990-003 | | | |
| * | 02/07/14 | 010011 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Final Payment Fees and Cost | | | -13,074.04 | 108,419.59 |
| | | | | Claim        (      13,009.64 ) | 7100-003 | | | |
| | | | | Interest      (          64.40 ) | 7990-003 | | | |

| | | | Page Subtotals | 0.00 | -3,642.08 |
|---|---|---|---|---|---|

Ver: 17.05c

FORM 2                                                                                                    Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-22268  -JPC | |
| Case Name: | BARTNIK, ELZBIETA | |
| Taxpayer ID No: | *******2856 | |
| For Period Ending: | 03/31/14 | |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8421  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 02/07/14 | 010012 | Von Maur<br>C/O H and R Accounts Inc<br>PO Box 672<br>Moline, IL 61265 | Final Payment Fees and Cost<br>o/c 2/6/2014 | | | 245.35 | 108,174.24 |
| | | | Claim          244.14 | 7100-003 | | | |
| | | | Interest           1.21 | 7990-003 | | | |
| * 02/07/14 | 010012 | Von Maur<br>C/O H and R Accounts Inc<br>PO Box 672<br>Moline, IL 61265 | Final Payment Fees and Cost | | | -245.35 | 108,419.59 |
| | | | Claim          (       244.14 ) | 7100-003 | | | |
| | | | Interest         (         1.21 ) | 7990-003 | | | |
| * 02/07/14 | 010013 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Final Payment Fees and Cost<br>o/c 2/6/2014 | | | 2,661.77 | 105,757.82 |
| | | | Claim        2,648.66 | 7100-003 | | | |
| | | | Interest          13.11 | 7990-003 | | | |
| * 02/07/14 | 010013 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Final Payment Fees and Cost | | | -2,661.77 | 108,419.59 |
| | | | Claim        (      2,648.66 ) | 7100-003 | | | |
| | | | Interest         (        13.11 ) | 7990-003 | | | |
| * 02/07/14 | 010014 | ASSET ACCEPTANCE LLC ASSIGNEE WFNNB<br>PO BOX 2036<br>WARREN MI 48090 | Final Payment Fees and Cost<br>o/c 2/6/2014 | | | 5,743.39 | 102,676.20 |
| | | | Claim        5,715.10 | 7100-003 | | | |
| | | | Interest          28.29 | 7990-003 | | | |
| * 02/07/14 | 010014 | ASSET ACCEPTANCE LLC ASSIGNEE WFNNB<br>PO BOX 2036 | Final Payment Fees and Cost | | | -5,743.39 | 108,419.59 |

Page Subtotals                                    0.00              0.00

Ver: 17.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 18)*

FORM 2

Page:   6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 11-22268  -JPC |
| Case Name: | BARTNIK, ELZBIETA |
| Taxpayer ID No: | *******2856 |
| For Period Ending: | 03/31/14 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8421  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | WARREN MI 48090 | Claim     (     5,715.10 )<br>Interest     (     28.29 ) | 7100-003<br>7990-003 | | | |
| * 02/07/14 | 010015 | Creditone<br>Po Box 625<br>Metairie, LA 70004 | Final Payment Fees and Cost<br>o/c 2/6/2014 | | | 7,403.69 | 101,015.90 |
| | | | Claim     7,367.22<br>Interest     36.47 | 7100-003<br>7990-003 | | | |
| * 02/07/14 | 010015 | Creditone<br>Po Box 625<br>Metairie, LA 70004 | Final Payment Fees and Cost | | | -7,403.69 | 108,419.59 |
| | | | Claim     (     7,367.22 )<br>Interest     (     36.47 ) | 7100-003<br>7990-003 | | | |
| * 02/07/14 | 010016 | VERIZON WIRELESS<br>PO BOX 3397<br>BLOOMINGTON, IL 61702-3397 | Final Payment Fees and Cost<br>o/c 2/6/2014 | | | 779.90 | 107,639.69 |
| | | | Claim     776.06<br>Interest     3.84 | 7100-003<br>7990-003 | | | |
| * 02/07/14 | 010016 | VERIZON WIRELESS<br>PO BOX 3397<br>BLOOMINGTON, IL 61702-3397 | Final Payment Fees and Cost | | | -779.90 | 108,419.59 |
| | | | Claim     (     776.06 )<br>Interest     (     3.84 ) | 7100-003<br>7990-003 | | | |
| * 02/07/14 | 010017 | ELZBIETA BARTNIK<br>807 FAIRMONT COURT<br>DES PLAINES, IL  60018 | Final Payment Fees and Cost<br>o/c 2/6/2014Surplus Funds | 8200-003 | | 50,949.93 | 57,469.66 |
| * 02/07/14 | 010017 | ELZBIETA BARTNIK<br>807 FAIRMONT COURT<br>DES PLAINES, IL  60018 | Final Payment Fees and Cost | 8200-003 | | -50,949.93 | 108,419.59 |

Page Subtotals            0.00            0.00

Ver: 17.05c

**UST Form 101-7-TDR (5/1/2011)** *(Page: 19)*

Page:   7

FORM 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 11-22268  -JPC |
| Case Name: | BARTNIK, ELZBIETA |
| | |
| Taxpayer ID No: | *******2856 |
| For Period Ending: | 03/31/14 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8421  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 02/07/14 | 010018 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | bond # 016026455 | 2300-000 | | 118.89 | 108,300.70 |
| * | 02/07/14 | 010019 | ANDREW J. MAXWELL 105 W. ADAMS SUITE 3200 CHICAGO,  IL 60603 | Chapter 7 Compensation/Fees | 2100-003 | | 6.26 | 108,294.44 |
| * | 02/07/14 | 010019 | ANDREW J. MAXWELL 105 W. ADAMS SUITE 3200 CHICAGO,  IL 60603 | Chapter 7 Compensation/Fees | 2100-003 | | -6.26 | 108,300.70 |
| | 02/07/14 | 010020 | Atlas Acquisitions LLC (GE Capital - Sam's Club) 294 Union St. Hackensack, NJ 07601 | Final claim payment plus Interest | | | 971.70 | 107,329.00 |
| | | | | Claim          966.91 | 7100-000 | | | |
| | | | | Interest          4.79 | 7990-000 | | | |
| | 02/07/14 | 010021 | Atlas Acquisitions LLC (HSBC Bank Nevada Natio) 294 Union St. Hackensack, NJ 07601 | Final claim payment plus Interest | | | 703.52 | 106,625.48 |
| | | | | Claim          700.05 | 7100-000 | | | |
| | | | | Interest          3.47 | 7990-000 | | | |
| | 02/07/14 | 010022 | Capital Recovery IV LLC c/o Recovery Management Systems Corp 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Final claim payment plus Interest | | | 1,490.24 | 105,135.24 |
| | | | | Claim        1,482.90 | 7100-000 | | | |
| | | | | Interest          7.34 | 7990-000 | | | |
| | 02/07/14 | 010023 | Capital Recovery IV LLC | Final claims payment plus interest | | | 19,759.17 | 85,376.07 |

|  | Page Subtotals | 0.00 | 23,043.52 |
|---|---|---|---|

Ver: 17.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 20)*

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   8

Exhibit 9

| | |
|---|---|
| Case No: | 11-22268  -JPC |
| Case Name: | BARTNIK, ELZBIETA |
| Taxpayer ID No: | *******2856 |
| For Period Ending: | 03/31/14 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8421  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | | | | | |
| | | | Claim          19,661.84 | 7100-000 | | | |
| | | | Interest            97.33 | 7990-000 | | | |
| 02/07/14 | 010024 | Lhr Inc<br>56 Main St<br>Hamburg, NY 14075 | Final claim payment plus interest | | | 3,642.08 | 81,733.99 |
| | | | Claim           3,624.14 | 7100-000 | | | |
| | | | Interest            17.94 | 7990-000 | | | |
| 02/07/14 | 010025 | Capital One, N.A.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | Final claim payment plus interest | | | 994.81 | 80,739.18 |
| | | | Claim            989.91 | 7100-000 | | | |
| | | | Interest             4.90 | 7990-000 | | | |
| 02/07/14 | 010026 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Final claim payment plus interest | | | 13,074.04 | 67,665.14 |
| | | | Claim          13,009.64 | 7100-000 | | | |
| | | | Interest            64.40 | 7990-000 | | | |
| 02/07/14 | 010027 | Von Maur<br>C/O H and R Accounts Inc<br>PO Box 672<br>Moline, IL 61265 | Final claim payment plus interest | | | 245.35 | 67,419.79 |
| | | | Claim            244.14 | 7100-000 | | | |
| | | | Interest             1.21 | 7990-000 | | | |
| 02/07/14 | 010028 | FIA CARD SERVICES, N.A. | Final claim payment plus interest | | | 2,661.77 | 64,758.02 |

Page Subtotals                    0.00          20,618.05

Ver: 17.05c

**FORM 2**

Page: 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-22268 -JPC | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | BARTNIK, ELZBIETA | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******8421 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2856 | | | |
| For Period Ending: | 03/31/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO Box 15102 Wilmington, DE 19886-5102 | Claim 2,648.66 | 7100-000 | | | |
| | | | Interest 13.11 | 7990-000 | | | |
| 02/07/14 | 010029 | ASSET ACCEPTANCE LLC ASSIGNEE WFNNB PO BOX 2036 WARREN MI 48090 | Final claim payment plus interest | | | 5,743.39 | 59,014.63 |
| | | | Claim 5,715.10 | 7100-000 | | | |
| | | | Interest 28.29 | 7990-000 | | | |
| 02/07/14 | 010030 | Creditone Po Box 625 Metairie, LA 70004 | Final claim payment plus interest | | | 7,403.69 | 51,610.94 |
| | | | Claim 7,367.22 | 7100-000 | | | |
| | | | Interest 36.47 | 7990-000 | | | |
| 02/07/14 | 010031 | VERIZON WIRELESS PO BOX 3397 BLOOMINGTON, IL 61702-3397 | Final claim payment plus interest | | | 779.90 | 50,831.04 |
| | | | Claim 776.06 | 7100-000 | | | |
| | | | Interest 3.84 | 7990-000 | | | |
| * 02/07/14 | 010032 | ELZBIETA BARTNIK 807 FAIRMONT COURT DES PLAINES, IL 60018 | Final Payment Fees and Cost o/c 2/6/2014Surplus Funds | 8200-003 | | 50,824.78 | 6.26 |
| * 02/07/14 | 010032 | ELZBIETA BARTNIK 807 FAIRMONT COURT DES PLAINES, IL 60018 | Final Payment Fees and Cost | 8200-003 | | -50,824.78 | 50,831.04 |
| 02/07/14 | 010033 | ELZBIETA BARTNIK 807 FAIRMONT COURT DES PLAINES, IL 60018 | Final claim payment plus interest | 8200-000 | | 50,831.04 | 0.00 |

Page Subtotals          0.00          64,758.02

Ver: 17.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 22)*

FORM 2   Page:   10

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-22268  -JPC | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | BARTNIK, ELZBIETA | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8421  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2856 | | |
| For Period Ending: | 03/31/14 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 200,000.00 | COLUMN TOTALS | 159,958.64 | 159,958.64 | 0.00 |
| Memo Allocation Disbursements: | 40,041.36 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 159,958.64 | 159,958.64 | |
| Memo Allocation Net: | 159,958.64 | Less:  Payments to Debtors | | 50,831.04 | |
| | | Net | 159,958.64 | 109,127.60 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 200,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 40,041.36 | Checking Account (Non-Interest Earn - *******8421 | 159,958.64 | 109,127.60 | 0.00 |
| Total Memo Allocation Net: | 159,958.64 | | --------------------- | --------------------- | --------------------- |
| | | | 159,958.64 | 109,127.60 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      0.00

Ver: 17.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 23)*